64 A.3d 628

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Rudolph FIELDS, Respondent.**

Supreme Court of Pennsylvania.

March 28, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of March, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Did the Superior Court disregard the plain language of the "second strike" mandatory sentencing provision of the repeat-violent-offender statute when it held that the provision applied to only one of the multiple crimes of violence that [respondent], a previously-convicted rapist and burglar,

committed in a later, second criminal episode in which he again raped a woman and burglarized her home?